**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING EN BANC

Appellate case name:      Troy Williams, II v.  The State of Texas

Appellate case number:    01-12-00251-CR

Trial court case number:  1248664

Trial court:              182nd District Court of Harris County

Date motion filed:        November 26, 2013

Party filing motion:      Appellant Troy Williams, II

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Harvey Brown
☐ Acting Individually ☒  Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown and Huddle.

Justices Jennings and Sharp dissenting from denial of en banc review, without opinion.

Date: January 21, 2014